No. D–1921.  IN RE DISBARMENT OF BROWN.  Robert Kenneth Brown, of Fresno, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1922.  IN RE DISBARMENT OF GOLDFLAM.  Stanley Z. Goldflam, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1923.  IN RE DISBARMENT OF McGOWEN.  Richard Miles McGowen, of Los Altos, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1924.  IN RE DISBARMENT OF MONTAGUE.  James Paul Montague, of San Diego, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1925.  IN RE DISBARMENT OF HINDIN.  Arthur Theodore Hindin, of Beverly Hills, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–49.  BROWN v. GENERAL TELEPHONE COMPANY OF CALIFORNIA; and

No. M–50.  TABBYTITE v. MUNICIPALITY OF ANCHORAGE ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. M–51.  RICH v. BRUCE;

No. M–53.  MILLER v. UNITED STATES; and

No. M–54.  WINSETT v. WASHINGTON, WARDEN.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–52.  SANCHEZ-VELASCO v. FLORIDA.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.